| | |
|---|---|
| STATE OF MAINE<br>CUMBERLAND, ss. | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO. CV-18-301 |

LYNN LAVORGNA LANDRY,       )
                            )
       Plaintiff            )
                            )
v.                          )
                            )
ADVANCED HOME ACTIVITIES,   )       **NOTICE OF REMOVAL**
INC., SEPHORA USA, INC. and THE  )
SEPHORA STORE AT THE MAINE  )
MALL,                       )
                            )
       Defendants           )

       NOW COMES the Petitioner, Sephora USA, Inc., by and through its attorneys, Richardson, Whitman, Large & Badger, and pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, respectfully shows:

       1.     On the 30th day of November, 2018 an action was commenced against the Petitioner, Sephora USA, Inc., in the Superior Court of the State of Maine in and for the County of Cumberland, entitled *Lynn Lavorgna Landry v. Advanced Home Activities, Inc., Sephora USA, Inc. and The Sephora Store at the Maine Mall*, by service of a Complaint, a copy of which is enclosed hereto. No further proceedings have been had therein.

       2.     The above-described action is one of which this Court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332, and is one which may be removed to this Court by the Petitioner, the Defendant herein, pursuant to the provisions of Title 28, United States Code, Section 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000) exclusive of interest and costs, and is between citizens of different states. The Petitioner was at the time of the

commencement of this action, and still is incorporated in the State of Delaware and has its principal place of business in the State of California; the Plaintiff, Lynn Lavorgna Landry, as stated in the Complaint, is a resident of Maine.  The Defendant, Advanced Home Activities, Inc. is a citizen of Florida.  As set forth in the attached affidavit of Michelle Seacord, the purported Defendant "The Sephora Store at the Maine Mall" is not a legal entity in Maine (and may not be a legal entity at all, but only a branch store of Sephora USA, Inc.)

WHEREFORE, the Petitioner prays that the above action now pending against it in the Superior Court of the State of Maine, be removed therefrom to this Court.

DATED at Portland, Maine this 27th day of December, 2018.

/s/ John S. Whitman
John S. Whitman (Bar No. 35)
Attorney for the Petitioner,
Sephora USA, Inc.

Richardson, Whitman, Large & Badger
465 Congress Street
P. O. Box 9545
Portland, ME  04112-9545
(207) 774-7474; jwhitman@rwlb.comn